IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY KENDRICKS,

      Plaintiff,                      No. CIV S-07-1340 GEB KJM P

    vs.

WARDEN, CALIFORNIA STATE PRISON, SACRAMENTO, et al.,

      Defendants.              <u>ORDER</u>

        /

        Plaintiff has filed his second request for an extension of time to file an amended complaint pursuant to the court's order of November 16, 2007. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (docket no. 11) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. No further extensions of time will be granted.

DATED: February 22, 2008.

                                        U.S. MAGISTRATE JUDGE

/mp
kend1340.36sec