IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY KENDRICKS,

       Plaintiff,                  No. CIV S-07-1340 GEB KJM P

   vs.

WARDEN, CALIFORNIA STATE PRISON, SACRAMENTO, et al.,

       Defendants.            ORDER

        Plaintiff has filed his second request for an extension of time to file a second amended complaint pursuant to the court's order of July 8, 2008. He has also asked the court to direct that he be given Preferred Legal User (PLU) status. He has not alleged, however, that he will be denied access to the law library without such status.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (docket no. 18) is granted;

        2. Plaintiff is granted sixty days from the date of this order in which to file a second amended complaint; and

        3. Plaintiff's request that he be given PLU status (docket no. 18) is denied.

DATED: October 6, 2008.

                                              U.S. MAGISTRATE JUDGE

2/mp
kend1340.36sec