IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY KENDRICKS,

    Plaintiff,                   No. CIV S-07-1340 GEB KJM P

    vs.

WARDEN, CALIFORNIA STATE PRISON, SACRAMENTO, et al.,

    Defendants.             FINDINGS & RECOMMENDATIONS

         By order filed July 8, 2008, plaintiff's complaint was dismissed and thirty days leave to file a second amended complaint was granted. On August 20, 2008 and October 7, 2008 plaintiff was granted extensions of time in which to file objections. The time period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

         These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
2 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
3 F.2d 1153 (9th Cir. 1991).

4 DATED:  January 29, 2009.

                                                                  _____
                                                                   U.S. MAGISTRATE JUDGE

kend1340.fta